IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFREY TUTER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>v.<br><br>FREUD AMERICA, INC.,<br><br>Defendant. | Case No. 4:22-cv-00282-RK |

# FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the Court's Final Approval Order (Doc. 65), the Court enters final judgment and dismisses with prejudice the Action[1] as to the following Settlement Class:

> All Persons who purchased one or more Covered Products at retail in the United States and its territories during the Class Period. Excluded from the Settlement Class are: (i) Defendant and its employees; (ii) any Person who properly and timely opts out pursuant to this Agreement; (iii) federal, state, and local governments (including all agencies and subdivisions thereof (but employees thereof are not excluded)); and (iv) any judge who presides over the consideration of whether to approve the settlement of this class action and any member of their immediate family.

The Settlement Class Representative, Settlement Class members, and Releasing Parties are permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear its own costs except as provided in the Court's Final Approval Order. The Court retains jurisdiction over this Action and the parties to administer, supervise, interpret, and enforce the settlement Agreement, the Court's Final Approval Order, and this Final Judgment.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 17, 2024

---

[1] Capitalized terms shall have the same meaning as defined in the settlement Agreement (*see* Doc. 53-1 at 7-34) unless stated otherwise.